GANDÍA, DEMANDANTE Y APELANTE, *v.* STUBBE, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en incidente sobre aseguramiento de sentencia.

No. 2517.—Resuelto en marzo 10, 1922.

DESESTIMACIÓN DE APELACIÓN—CUESTIÓN ACADÉMICA—ASEGURAMIENTO DE SENTENCIA.—Establecida apelación contra una orden que negó una solicitud de aseguramiento basada en la sentencia dictada en cierto pleito y revocada luego dicha sentencia, carece de objeto discutir el derecho del apelante por haber quedado destruída la base en que descansaba su reclamación.

Resuelto en reconsideración en junio 2, 1922.

COSTAS—TEMERIDAD—ASEGURAMIENTO DE LA SENTENCIA DESPUÉS DE APELADA.—Aunque una sentencia haya sido revocada por errónea, no puede imputarse

temeridad a los efectos de imponer las costas a una parte por haber obtenido el aseguramiento de la misma sin fianza, ya que lo que hizo dicha parte fué ejercitar un derecho que le concede la ley.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. José de Guzmán Benítez.*

Abogado del apelado: *Sr. C. Coll Cuchí.*

El Juez Presidente Sr. del Toro, emitió las dos opiniones en este caso.

Versa esta apelación sobre el poder de una corte de distrito para dictar una orden de aseguramiento de una sentencia por ella pronunciada después de apelada la sentencia y basándose en ella.

La Corte de Distrito de San Juan, Sección Primera, que había decretado el aseguramiento en tales condiciones a petición del demandante, lo anuló luego a gestión del demandado por entender que carecía de jurisdicción. Apeló el demandante y pendiente esta su apelación, se resolvió la otra establecida en el pleito principal revocándose la sentencia apelada y ordenándose la celebración de un nuevo juicio. No. 2486, *Gandía* v. *Stubbe,* decidido el 16 de febrero último, (*pág. 109.*)

Siendo esto así, cae por su base el edificio de esta apelación. No hay ya sentencia. En tal virtud, resultando meramente académica la cuestión sometida, no debemos resolverla. Procede la desestimación del recurso.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey y Hutchison.

RESOLUCIÓN SOBRE RECONSIDERACIÓN DE JUNIO 2, 1922.

Se trata de un incidente sobre aseguramiento de sentencia. La corte decretó el aseguramiento después de dictada la sentencia, cuando había sido ya apelada, y lo anuló luego a gestión de la parte demandada. Contra esta última resolución apeló la parte demandante y mientras se tramitaba

su recurso se decidió la apelación establecida en el pleito principal ordenándose la celebración de un nuevo juicio.

Atendidos esos hechos y apareciendo que la única cuestión de derecho envuelta era la de si podía o no decretarse por la corte de distrito el aseguramiento de la sentencia sin fianza después que la sentencia había sido apelada, el tribunal estimó que no había necesidad de decidir tal cuestión porque la base en que descansaba, o sea la sentencia dictada en el pleito principal, había desaparecido al ser dicha sentencia revocada por esta Corte Suprema y desestimó el recurso.

La parte apelante solicitó la reconsideración de nuestra resolución alegando que era necesario decidir en sus méritos la cuestión porque la corte de distrito al anular su primera orden decretando el aseguramiento había impuesto las costas al demandante y la desestimación del recurso dejaba en todo su vigor la orden apelada, manifiestamente errónea según el apelante. Se decretó la reconsideración y ambas partes fueron oídas nuevamente.

A nuestro juicio tiene razón la parte demandante y apelante. La misma cuestión envuelta en este caso ha sido decidida en el de *Gandía* v. *Porto Rico Fertilizer Company*, resuelto el 24 de marzo de 1922, en el sentido de que no obstante establecerse apelación contra la sentencia, el tribunal que la dicta conserva jurisdicción para decretar su aseguramiento sin fianza, y siendo ello así resultaría injusto permitir que el demandante se viera obligado a pagar las costas impuestas por una orden errónea contra la cual interpuso en tiempo y forma recurso de apelación. Esta cuestión de costas no fué tratada especialmente por las partes en la primera vista del recurso, ni el tribunal por sí mismo fijó su atención en ella al dictar su resolución.

Podría alegarse que si bien existía una sentencia cuando la orden de aseguramiento fué solicitada, tal sentencia era errónea, y que por lo tanto no sería injusto que el apelante pagara las costas que causó con motivo del embargo; pero fuera o no errónea la sentencia, lo cierto es que existía y

que no puede imputarse temeridad a una parte que solicita el aseguramiento en tales condiciones. Repetidamente hemos resuelto que la temeridad es el elemento esencial que debe investigarse para la imposición de las costas.

Por virtud de todo lo expuesto, procede revocar la orden apelada en cuanto por ella se impusieron las costas al demandante.

> *Sin efecto la resolución de este tribunal de marzo 10, 1922, desestimando el recurso, y se dicta sentencia revocando la orden apelada de 14 de junio de 1921 en cuanto por ella se impusieron las costas al demandante.*

Jueces concurrentes: Sres. Asociados Wolf, Aldrey, Hutchison y Franco Soto.